# Claims Distribution Small Checks

**Trustee: JOSIAH L. MASON (550220)**

**Case:** 09-64152 - MAHAFFEY, ROBERT LEE

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $0.37 |
| 920066658284466 | 109 | 08/13/10 | 2 | 12/15/09 | 610 | Debt Recovery Solutions of Ohio, In<br>P.O. Box 1307<br>Mansfield, OH 44901 | 8.26 | 8.26 | 0.37 | 0.37 |

(*) Denotes objection to Amount Filed

FILED 2010 AUG 16 PM 12:00
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO